UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE: | CHAPTER 13 |
|---|---|
| **Alessandro B. Micozzi & Kristi M. Micozzi**<br>Debtors | CASE NO.: 21-10629-mdc |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this __5th__ day of __January__ 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.  **BY THE COURT:**

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Case Administrator to mail:

Cc:   Kenneth E. West., Chapter 13 Trustee
Debtors: Alessandro B. & Kristi M. Micozzi at 306 Harvard Avenue, Broomall, PA 19008
Counsel for Debtor: Brad J. Sadek, Esquire,
Counsel for Movant: Angela C. Pattison, Esquire