**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Alessandro B. Micozzi** | : | **Chapter 13** |
| **Kristi M. Micozzi** | : | **Case No.: 21-10629-MDC** |
| **Debtor(s)** | : | |

**CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Modify Plan, Modified Plan, and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Standing Chapter 13 Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee

**Angela C. Pattison, Esq.**
Counsel on behalf of *Wilmington Trust*
Electronic Service to: apattison@hillwallack.com

Dated: February 13, 2023                    /s/Brad J. Sadek, Esq
                                        Brad J. Sadek, Esq.
                                            Attorney for Debtor(s)
                                            Sadek & Cooper Law Offices
                                            1500 JFK Boulevard #220
                                            Philadelphia, PA 19102
                                            215-545-0008
                                            brad@sadeklaw.com