**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
|    **Alessandro B. Micozzi** | : | **Chapter 13** |
|    **Kristi M. Micozzi** | : | **Case No.: 21-10629-MDC** |
|    **Debtor(s)** | : | |

## O R D E R

AND NOW, this _____ day of _____, 2023, upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

**ORDERED and DECREED** that the Chapter 13 Plan may be modified in consideration of the Stipulation of Settlement of Wilmington Trust.

   FURTHER ORDERED:

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE