UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Alessandro B. Micozzi | : | Chapter 13 |
| Kristi M. Micozzi | : | Case No.: 21-10629-MDC |
| Debtor(s) | : | |

### SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN

Brad J. Sadek, Esq., attorney for the Debtor, applies under § 330 of the Bankruptcy Code for an order directing the Chapter 13 Trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the debtor's Chapter 13 Plan and represents:

1. Applicant is counsel for the Debtor(s).

2. The Debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code on or about March 15, 2021.

3. The Debtor(s)' First Amended Chapter 13 Plan was confirmed on or about July 29, 2021.

4. The Debtor paid the applicant $1,545.00 prior to the filing of the Chapter 13 petition

5. Applicant's prior applications:

    First Application Period:  3/15/2021 to 7/29/2021

    Date of Order: 8/10/2021

| Requested | Allowed | Paid | Due |
| --- | --- | --- | --- |
| Fees | $4,250.00 | $2,705.00 | $0 |
| Expenses | $0.00 | $0.00 | $0 |

6. Applicant requests an award of supplemental compensation of $1,500.00 for 5 hours expended in providing the following services: Motion to Dismiss for Non-Payment (multiple); Working with Debtor and mortgage company to resolve outstanding pre- and post-petition arrears and Motion for Relief; Stipulation regarding the same, filing a Motion to Modify Plan and Modified Plan on behalf of Debtor.

7. Applicant requests that compensation be awarded at the following rate:

$1,500.00 for Motion for Relief for Brad Sadek and Sadek & Cooper.

8. Applicant requests reimbursement of expenses in the amount of $0 for the following expenses:
   N/A

9. A copy of applicant's disclosure of compensation pursuant to F.R.B.P. 2016(b) is attached as Exhibit "A".

10. Attached as Exhibit "B" is a copy of applicant's time records setting forth the dates and amount of time expended for the services performed on behalf of the debtor(s) after confirmation of debtor(s)' Chapter 13 Plan.

11. All services rendered and expenses incurred for which compensation or reimbursement is requested:

a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and
b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

12. If this supplemental application is granted, the debtors' confirmed Chapter 13 Plan:

( ) is adequately funded.

( ) is not adequately funded.

13. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $1,500.00 in compensation and of $0 in reimbursement of actual, necessary expenses.

Dated: February 13, 2023

/s/ **Brad Sadek, Esq.**
BRAD SADEK, ESQ., Applicant
SADEK AND COOPER
850 South 2nd Street
Philadelphia, PA  19147
Phone (215) 592-1899