# EXHIBIT "B"

| Date | Description of Work Performed | Who Performed Work | Hours Worked |
|---|---|---|---|
| 07/20/2022 | MTD for non-payment filed, f/u w client via email and telephone call in re payments | Paralegal | .5 |
| 7/20/2022-2/1/2023 | MTD Hearing attendance (x8) | Attorney | 2 |
| | Motion for Relef from Stay: *property address 306 Harvard Avenue, Broomall, PA 19008 filed by opposing counsel; followed up with client via phone and email correspondence* | Attorney | .5 |
| 10/27/2022 | Telephone meeting w client; obtained and reviewed all payments, conversation regarding moving forward. Discussed all w opposing counsel (ongoing email corr). | Attorney | 1 |
| 1/3/2023 | Stipulation drafted, reviewed with client | Attorney | .5 |
| 2/13/2023 | Met w attorney for update; Motion to Modify Plan to accommodate the Stipulation; Modified plan and COS; provide same to client | Paralegal | .5 |

**TOTAL HOURS WORKED: 5**