**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| **Alessandro B. Micozzi** | : | **Chapter 13** |
| **Kristi M. Micozzi** | : | **Case No.: 21-10629-MDC** |
| **Debtor(s)** | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date indicated below a true and correct copy of the Supplemental Application for Compensation and notice was served electronically and/or by regular United States mail to the Debtor, all interested parties and creditors, and the Chapter 13 Trustee.

Dated: February 13, 2023

                                          **/s/ Brad J. Sadek, Esquire**
                                          **Brad J. Sadek, Esquire**
                                          **Sadek and Cooper**
                                          **1315 Walnut Street**
                                          **Suite 502**
                                          **Philadelphia, PA 19107**
                                          **Phone: 215-545-0008**
                                          **brad@sadeklaw.com**