## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Alessandro B. Micozzi | : | Chapter 13 |
|    Kristi M. Micozzi | : | Case No.: 21-10629-MDC |
|    Debtor(s) | : | |

### PRAECIPE TO WITHDRAW APPLICATION

To the Clerk,

Kindly withdraw Application for Compensation, attachments, and Notice, filed on 2/13/2023, docket numbers 57 and 58.

                                    Respectfully Submitted,

Dated: February 15, 2023　　　　　　　　　　/s/Brad J. Sadek, Esq
　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　Sadek & Cooper Law Offices