**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Alessandro B. Micozzi**<br>**Kristi M. Micozzi**<br>     Debtors | CHAPTER 13<br><br>CASE NO.: **21-10629-djb** |

### CERTIFICATION OF DEFAULT

NOW COMES the Movant, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 ("Movant"), by and through its attorneys, Hill Wallack LLP, who file this Certification of Default upon the following:

1. Movant filed a Motion for Relief on October 26, 2022, at Doc. No. 42.

2. Debtors filed a response and the motion was resolved amicably with an ordered stipulation.

3. More specifically, the Debtors and Movant entered into a certain Stipulation Resolving Movant's Motion for Relief and providing for default wherein the Debtors were to remain current on all regular post-petition monthly mortgage payments. A true and correct copy of the Stipulation is attached hereto and made a part hereof as Exhibit "A."

4. On or about January 5, 2023 the court entered an Order approving the Stipulation. *See, Doc. No. 50.*

5. The Stipulation provided that should Monthly payments not be remitted on the day due, Movant shall send Debtors and Debtors' counsel a written Notice of Default of this Stipulation. If the default is not cured within fifteen (15) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting stay relief from the automatic stay and waiving FED. R. Bankr. P. 3002.1 and Rule

4001 (a)(3) so that the Relief Order is immediately effective and enforceable. *See, Stipulation at ¶6.*

6. The Debtors failed to make the payments required under the Stipulation causing the Movant to send a Notice of Default. On February 18, 2026, a Notice of Default was sent to Debtors' and their counsel. The Notice advised that the Debtors were delinquent a total of $11,156.70 after credit is given for the suspense balance. A true and correct copy of the letter dated February 18, 2026, is attached hereto as Exhibit "B".

7. As of March 6, 2026, the payments and the post-petition arrears have not been cured in full and therefore the Debtors are in default under the Stipulation. The amount presently due is $11,354.36, which sum includes the payments due for 11/1/2025 through 03/01/2026 in the amount of $11,756.36, less credit given for post-petition suspense in the amount of $402.00. A true and correct copy of the ledger is attached hereto as Exhibit "C".

8. As such, Movant respectfully requests that the attached Order in connection with the Motion for Relief from Stay be entered.

**Hill Wallack LLP**

By:  /s/ Aleksandra K. Fugate
Aleksandra K. Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor, Suite 940
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com