# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Alessandro B. Micozzi & Kristi M. Micozzi**<br>Debtors | CHAPTER 13<br><br>CASE NO.: 21-10629-mdc |

## STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

It is hereby stipulated by and between Hill Wallack, LLP, counsel for WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2 ("Movant"), and Brad J. Sadek, Esquire, counsel for the Debtors, as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. The Stipulation pertains to the property located at 306 Harvard Avenue, Broomall, PA 19008 (the "Property").

3. The Debtors currently have a post-petition arrearage of **$6,155.52** representing the monthly payments due on the First Mortgage from **October 1, 2022** through **December 1, 2022** (3 months @ $2,051.84/mo.) and Attorney's Fees and Cost in the amount of **$1,238.00** with **$5.35** in suspense for a total of **$7,388.17**.

4. Debtor is to file an Amended Chapter 13 Plan within 30 days of this Order incorporating the post-petition arrears in the amount of **$7,388.17** to the pre-petition arrears in the amount of

$42,109.44 per the Proof of Claim # 7-1 filed April 9, 2021 for a total of **$49,497.61** to be cured over the life of the Plan.

5. Beginning **January 1, 2023**, Debtors shall commence payment of the regular monthly payment in the amount of **$2,051.84**, subject to adjustment on proper notice.

6. Should the Debtors fail to make any of the Post-Petition Monthly Payments due than Movant shall send Debtors and counsel a written Notice of Default of this Stipulation. If the default is not cured within fifteen (15) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

7. In the event the Debtors convert to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, Movant shall send Debtors and counsel a written Notice of Default of this Stipulation. If the default is not cured within ten (10) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

8. Debtors' tendering of a check to WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation.

9. The parties stipulate that Movant shall be permitted to communicate with the Debtors and Debtors' Counsel to the extent necessary to comply with applicable non-bankruptcy law.

10. The parties agree that a facsimile signature shall be considered an original signature.


*/s/Angela C. Pattison*
Angela C. Pattison, Esquire
Counsel for Movant


/s/Brad J. Sadek
Brad J. Sadek, Esquire
Counsel for Debtors

NO OBJECTION – WITHOUT PREJUDICE TO ANY TRUSTEE
RIGHTS OR REMEDIES
/s/LeeAne O. Huggins
LeeAne O. Huggins, Esquire
Office of the Chapter 13 Standing Trustee

# EXHIBIT B



Cherry Hill Plaza
1415 Route 70 East
Suite 309
Cherry Hill, NJ 08034
main 856.616.8080

Andrew L. Unterlack, Esquire
Email: aunterlack@hillwallack.com

February 18, 2026

*Via First-Class Mail*
**Brad J. Sadek, Esquire**
**Sadek Law Offices, LLC**
**1500 JFK Boulevard, Suite 220**
**Philadelphia, PA 19102**

*Re:     Alessandro B. Micozzi and Kristi M. Micozzi*
*Eastern District (Philadelphia) 21-10629-djb*

Dear Sir/Madam:

Please be advised that the Debtors are in default of the terms of the Stipulation approved on January 5, 2023. As of

February 16, 2026, the following payments are due and owing:

| | |
|---|---|
| Regular Payments: 10/01/2025 to 02/01/2026 (5) @ $2,311.74 | $11,558.70 |
| Suspense | (-$402.00) |
| Total Due……………………………..………………………………………. | $11,156.70 |

If the payment default is not cured within fifteen (15) days from the date of this notice, a Certificate of Default requesting the

entry of an Order granting Relief from the Automatic Stay.

Very truly yours,

*/s/ Andrew L. Unterlack*
Andrew L. Unterlack

AF:LD
cc:     Alessandro B. Micozzi
306 Harvard Avenue
Broomall, PA 19008

Kristi M. Micozzi
306 Harvard Avenue
Broomall, PA 19008

***THIS FIRM IS A DEBT COLLECTOR, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOUR PERSONAL LIABILITY FOR THE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.***

# EXHIBIT C

**File Date: 3/15/21**

**Debtor: Micozzi**

Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Susp Balance |
|---|---|---|---|---|---|---|
| | | | | | | $ - |
| | | | | | $ - | $ - |
| | $ 2,001.85 | 4/6/2021 | $ 2,004.54 | 4/1/2021 | $ 2.69 | $ 2.69 |
| | $ 2,001.85 | 5/10/2021 | $ 2,004.54 | 5/1/2021 | $ 2.69 | $ 5.38 |
| | $ 2,001.85 | 6/14/2021 | $ 2,001.85 | 6/1/2021 | $ - | $ 5.38 |
| | $ 2,001.85 | 7/17/2021 | $ 2,001.85 | 7/1/2021 | $ - | $ 5.38 |
| | $ 2,001.85 | 8/25/2021 | $ 2,001.85 | 8/1/2021 | $ - | $ 5.38 |
| | $ 2,001.85 | 9/27/2021 | $ 2,001.85 | 9/1/2021 | $ - | $ 5.38 |
| | $ 2,001.85 | 10/29/2021 | $ 2,001.85 | 10/1/2021 | $ - | $ 5.38 |
| | $ 2,001.85 | 11/30/2021 | $ 2,001.85 | 11/1/2021 | $ - | $ 5.38 |
| | $ 2,001.85 | 1/4/2022 | $ 2,001.85 | 12/1/2021 | $ - | $ 5.38 |
| | $ 2,001.85 | 2/2/2022 | $ 2,001.85 | 1/1/2022 | $ - | $ 5.38 |
| | $ 2,001.85 | 3/8/2022 | $ 2,001.85 | 2/1/2022 | $ - | $ 5.38 |
| | $ 2,051.84 | 4/7/2022 | $ 2,051.84 | 3/1/2022 | $ - | $ 5.38 |
| | $ 2,051.84 | 5/12/2022 | $ 2,051.84 | 4/1/2022 | $ - | $ 5.38 |
| | $ 2,051.84 | 6/17/2022 | $ 2,051.84 | 5/1/2022 | $ - | $ 5.38 |
| | $ 2,051.84 | 7/19/2022 | $ 2,051.84 | 6/1/2022 | $ - | $ 5.38 |
| | $ 2,051.84 | 8/30/2022 | $ 2,051.84 | 7/1/2022 | $ - | $ 5.38 |
| | $ 2,051.84 | 10/5/2022 | $ 2,051.81 | 8/1/2022 | $ (0.03) | $ 5.35 |
| | $ 2,051.84 | 10/28/2022 | $ 2,051.84 | 9/1/2022 | $ - | $ 5.35 |
| 10/1/2022 | $ 2,051.84 | | | | | $ 5.35 |
| 11/1/2022 | $ 2,051.84 | | | | | $ 5.35 |
| 12/1/2022 | $ 2,051.84 | | | | | $ 5.35 |
| a/o 1-3-23 added October 1, 2022 through December 1, 2022 to arrears plus f/c $1,238.00 with $5.35 in susp | $ 1,238.00 | | | | $ (5.35) | $ - |
| | $ 2,051.84 | 1/23/2023 | $ 2,051.84 | 1/1/2023 | $ - | $ - |
| | $ 2,051.84 | 3/16/2023 | $ 2,051.84 | 2/1/2023 | $ - | $ - |
| | | 4/28/2023 | $ 2,051.84 | | $ 2,051.84 | $ 2,051.84 |
| | $ 2,072.82 | 5/30/2023 | $ 2,072.82 | 3/1/2023 | $ - | $ 2,051.84 |
| | $ 2,072.82 | 6/21/2023 | $ 2,072.82 | 4/1/2023 | $ - | $ 2,051.84 |
| | $ 2,072.82 | 7/3/2023 | $ 2,072.82 | 5/1/2023 | $ - | $ 2,051.84 |
| | $ 2,072.82 | 7/6/2023 | $ 20.98 | 6/1/2023 | $ (2,051.84) | $ - |
| | $ 2,072.82 | 7/21/2023 | $ 2,072.82 | 7/1/2023 | $ - | $ - |
| | $ 2,072.82 | 9/11/2023 | $ 2,072.84 | 8/1/2023 | $ 0.02 | $ 0.02 |
| | $ 2,072.82 | 10/9/2023 | $ 2,072.82 | 9/1/2023 | $ - | $ 0.02 |
| | $ 2,072.82 | 11/16/2023 | $ 2,072.82 | 10/1/2023 | $ - | $ 0.02 |
| | $ 2,072.82 | 12/15/2023 | $ 2,072.82 | 11/1/2023 | $ - | $ 0.02 |
| | $ 2,072.82 | 1/26/2024 | $ 2,072.82 | 12/1/2023 | $ - | $ 0.02 |
| | $ 2,072.82 | 3/1/2024 | $ 2,072.82 | 1/1/2024 | $ - | $ 0.02 |
| | $ 2,072.82 | 4/4/2024 | $ 2,072.82 | 2/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 5/2/2024 | $ 2,110.75 | 3/1/2024 | $ - | $ 0.02 |
| | | | | | $ - | $ 0.02 |
| | $ 2,110.75 | 5/30/2024 | $ 2,110.75 | 4/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 6/27/2024 | $ 2,110.75 | 5/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 7/29/2024 | $ 2,110.75 | 6/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 9/27/2024 | $ 2,110.75 | 7/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 8/29/2024 | $ 2,110.75 | 8/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 10/31/2024 | $ 2,110.75 | 9/1/2024 | $ - | $ 0.02 |

**File Date: 3/15/21**

**Debtor:  Micozzi**

Post Petition Payment Ledger

| | $ 2,110.75 | 11/29/2024 | $ 2,110.75 | 10/1/2024 | $ - | $ 0.02 |
|---|---|---|---|---|---|---|
| | $ 2,110.75 | 1/3/2025 | $ 2,110.75 | 11/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 1/30/2025 | $ 2,110.75 | 12/1/2024 | $ - | $ 0.02 |
| | $ 2,110.75 | 3/7/2025 | $ 2,311.74 | 1/1/2025 | $ 200.99 | $ 201.01 |
| | $ 2,110.75 | 4/9/2025 | $ 2,311.74 | 2/1/2025 | $ 200.99 | $ 402.00 |
| | $ 2,311.74 | 5/29/2025 | $ 2,311.74 | 3/1/2025 | $ - | $ 402.00 |
| | $ 2,311.74 | 7/11/2025 | $ 2,311.74 | 4/1/2025 | $ - | $ 402.00 |
| | $ 2,311.74 | 8/22/2025 | $ 2,311.74 | 5/1/2025 | $ - | $ 402.00 |
| | $ 2,311.74 | 10/3/2025 | $ 2,311.74 | 6/1/2025 | $ - | $ 402.00 |
| | $ 2,311.74 | 11/7/2025 | $ 2,311.74 | 7/1/2025 | $ - | $ 402.00 |
| 8/1/2025 | $ 2,311.74 | 12/12/2025 | $ 2,311.74 | | $ - | $ 402.00 |
| 9/1/2025 | $ 2,311.74 | 1/26/2026 | $ 2,311.74 | | $ - | $ 402.00 |
| 10/1/2025 | $ 2,311.74 | 2/27/2026 | $ 2,311.74 | | $ - | $ 402.00 |
| 11/1/2025 | $ 2,311.74 | | | | $ (2,311.74) | $ (1,909.74) |
| 12/1/2025 | $ 2,311.74 | | | | $ (2,311.74) | $ (4,221.48) |
| 1/1/2026 | $ 2,311.74 | | | | $ (2,311.74) | $ (6,533.22) |
| 2/1/2026 | $ 2,311.74 | | | | $ (2,311.74) | $ (8,844.96) |
| 3/1/2026 | $ 2,509.40 | | | | $ (2,509.40) | $ (11,354.36) |